Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Jury TRIAL

Case No. 8:25CV448

*(to be filled in by the Clerk's Office)*

DETRENASTIN WILLIAMS

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case # 25-516

-v- Detective
OMAHA POLICE DEPARTMENT
&
NATHAN KLEINE

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED
JUL 14 2025
CLERK
U.S. DISTRICT COURT

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DETRENASTIN WILLIAMS
All other names by which you have been known:
ID Number:
Current Institution: Douglas County Corrections
Address: 710 S 17th st
OMAHA, NE 68102

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: NATHAN KLEINE
Job or Title *(if known)*: Prosecutor
Shield Number:
Employer: OMAHA CITY PROSECUTOR
Address: 1701 Farnam St #2W
OMAHA, NE 68183
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Detective
Job or Title *(if known)*: OMAHA Police Department (Detective)
Shield Number:
Employer: OMAH Police Department
Address: 505 S 15 st
OMAHA, NE 68102
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

          *City*        *State*        *Zip Code*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

          *City*        *State*        *Zip Code*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

ok ☒ State or local officials (a § 1983 claim) ok

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what ok federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False Arrest, Improper investigation, Malicious Prosecution, abuse of process, ok Negligence, Vindictive Prosecution, Police Abuse, Prosecutorial misconduct malicious Letigation  My 4th 5th 6th 6th and 14th Ammendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1.) COMPLAINTS

In case #25-516 on March 27, 2023 The detective on this case took me out of school 4-weeks before I graduated embarrasing me infront of my teacher, principal and peers and hand cuffed me and took me down to Omaha Police Headquarters. I was under interrogation for 5-6 hours and repeatedly told the detective I didn't do anything and I wanted to speak with an attorney. They continued to interrogated me and eventually eventually escorted me to the Douglas County Corrections, without proper Probable cause.

Prosecuter Nathan KLEINE held me on charges of Discharge of a firearm F1 5-50years and use of a Firearm to commit a Felony F1 5-50years. I was incarserated for 1year and my speedy united States constitutional Right to a speedy trial was violated, my Nebraska statutory right to speedy trial was violated with abuse of my Due Process clause. Nathan Kleine refuse to dismiss these charges and the only witness he had was unreliable and didnt know if I was even there or not, with 3-different stories. I went all the way to a jury trial my first adult charge ever and was found not guilty. Nathan KLEINE acted maliciosly on this case by lacking probable cause to arrest me.

Detective and Nathan KLeine improperly investigated the case, Falsely arrested me, abused the process, was

2.)                    Complaints

negligence handleing the case deciding to charge me 10 months after the allege shooting, was vindictive to me by a plead deal that was both mandatory years. The detective abused me by interrogating me for 5-6 hours after I asked for an attorney. The whole case was handle with prosecutorial misconduct.

IF there is any question or if you would like to contact me my number is (402) 813-4656

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On March 27, 2023 I was at school and on Febuary 09, 2024 I went to trial and was Found not guilty

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was arrested at school 4-weeks before I graduated and didn't get to walk across the stage. Nathan Kleine and a Detective maliciously Prosecuted me for a shooting I didn't do and was found not guilty in trial. I did 1 year in jail and when I was Found not guilty I wasn't released until 3-days later

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain and suffering, Emotional Distress, slandering, I didn't get to walk across the stage for my graduation Due to being incarcerated on these charges I spent 3 extra days in Jail after I was Found not guilty I suffer from anxiety I have nightmares from this and can't sleep

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

WHEREFORE, I Respectfully Prays that this court enter judgment granting me

1.) A Declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution and laws of the United States.

2.) A Preliminary and Permanent injuction ordering the Detective and Nathan Kleine to turn in their badge and stop Practising law

3.) Compensatory damages in the amount of $5,000,000 million againts each defendant, jointly and severally

4.) Punitive Damages in the amount of $10,000,000 million againts each defendant the detective on the case and the amount of $10,000,000 million againts defendant Nathan Kleine Prosecuter

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  No

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*
    _____

 3. Docket or index number
    _____

 4. Name of Judge assigned to your case
    _____

 5. Approximate date of filing lawsuit
    _____

 6. Is the case still pending?
    ☐ Yes
    ☒ No
    If no, give the approximate date of disposition _____

 7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-30-2025

Signature of Plaintiff: Detrenastin Williams
Printed Name of Plaintiff: Detrenastin Williams
Prison Identification #: Douglas County 3455447
Prison Address:

City: Omaha    State: NE    Zip Code: 68

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Page 11 of 11

DETRENASTIN WILLIAMS
Printed Name

( 3465487 )  ( 19 )
Data #      Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

U.S. District Court
District of Nebraska
111 South 18 Plaza #1152
OMAHA, NE 68102

RECEIVED
JUL 14 2025
CLERK
U.S. DISTRICT COURT

