IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DETRENASTIN WILLIAMS,<br><br>          Plaintiff,<br><br>vs.<br><br>OMAHA POLICE DEPARTMENT DETECTIVE, in his individual capacity;<br><br>          Defendant. | 8:25CV448<br><br>**MEMORANDUM AND ORDER** |

On October 9, 2025, the Court entered a memorandum and order on initial review, advising Plaintiff that his initial complaint failed to state a claim upon which relief may be granted. The Court granted Plaintiff until November 10, 2025, to file an amended complaint that sufficiently alleged his constitutional claims against the defendant. The order warned that failing to timely file an amended complaint would result dismissal of this case without further notice to Plaintiff. Filing No. 12. The order was mailed to Plaintiff and was not returned as undeliverable. Plaintiff did not file an amended complaint.

Accordingly,

IT IS ORDERED:

1. This case is dismissed without prejudice for failure to state a claim and for failure to prosecute.
2. A separate judgment will be entered.

Dated this 14th day of November, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge